```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
DEVON MIGUEL RIVERA,                                               :
                                                                   :
                          Plaintiff,                               :
                                                                   :          20-cv-0523 (LJL)
         -v-                                                       :
                                                                   :              ORDER
REGAL ENTERTAINMENT GROUP,                                         :
                                                                   :
                          Defendant.                               :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/1/2020

LEWIS J. LIMAN, United States District Judge:

      The parties are directed to appear to for a telephonic status conference on Tuesday October 16 at 11:00 a.m. Parties are directed to call (888) 251-2909 and use access code 2123101. The Clerk of Court is respectfully directed to send a copy of this order to the *pro se* Plaintiff.

      SO ORDERED.

Dated: October 1, 2020
       New York, New York

                                            LEWIS J. LIMAN
                                      United States District Judge