```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DEVON MIGUEL RIVERA,

                Plaintiff,

                20-cv-0523 (LJL)

   -v-

                ORDER

REGAL ENTERTAINMENT GROUP,

                Defendant.
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court held a conference on this matter today, October 16, 2020. Plaintiff appeared, but no one appeared for Defendant. The Court had previously entered a service order directing the United States Marshals Service to serve the complaint on Defendant; service has not taken place. Plaintiff informed the Court that he was not aware that Defendant had not been served. The Court directed Plaintiff to make a motion to extend the time for service.

      The Clerk of Court is respectfully requested to mail a copy of this order to Plaintiff.

      SO ORDERED.

Dated: October 16, 2020
       New York, New York

                                            LEWIS J. LIMAN
                                      United States District Judge