```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
DEVON MIGUEL RIVERA,                                             :
                                                                 :
                              Plaintiffs,                        :
                                                                 :     20-cv-523 (LJL)
                  -v-                                            :
                                                                 :         ORDER
REGAL ENTERTAINMENT GROUP,                                       :
                                                                 :
                              Defendants.                        :
                                                                 :
-----------------------------------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 11/19/2021

LEWIS J. LIMAN, United States District Judge:

Standing Order M10-468, as it relates to the obligation for the United States Marshals Service to effect personal service of process under Federal Rule of Civil Procedure 4(c)(3) or 28 U.S.C. § 1915(d), has been lifted. The Clerk of Court is respectfully directed to issue a new summons in this case and to direct the United States Marshals Service to serve the summons and complaint upon Defendant within sixty (60) days of the date of this Order. The Clerk of Court is further directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: November 19, 2021
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge