# Ogletree Deakins

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

599 Lexington Avenue, 17th Floor
New York, NY 10022
Telephone: 212-492-2068
Facsimile: 212-492-2501
www.ogletree.com

Evan B. Citron
212-492-2068
Evan.citron@ogletree.com

February 24, 2022

**VIA ECF**

The Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:   *Rivera v. Regal Entertainment Group*,
      Case No. 1:20-cv-523-LJL-JW

Dear Judge Liman:

    We were recently retained to represent Defendant Regal Entertainment Group ("Defendant") in the above-referenced action. In accordance with Rule I.C of Your Honor's Individual Practices, we respectfully write to request an extension of Defendant's time to answer, move, or otherwise respond to the Complaint until March 28, 2022. Defendant respectfully submits this request so that it may be afforded additional time to investigate the allegations in the Complaint. This is Defendant's first request for an extension of time to respond to the Complaint. The undersigned contacted Plaintiff by telephone to inquire as to Plaintiff's position with respect to this request, but received a prompt advising that Plaintiff's voice mailbox was full. The parties' next appearance before the Court is currently unscheduled.

    Thank you for Your Honor's consideration of this request.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.

*/s/ Evan B. Citron*

Evan B. Citron

cc:   All counsel of record (by ECF)

50461263.v1-OGLETREE