```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                                :
DEVON MIGUEL RIVERA,                                            :
                                                                :
                          Plaintiff,                            :
                                                                :           20-cv-523 (LJL)
                  -v-                                           :
                                                                :           ORDER
REGAL ENTERTAINMENT GROUP,                                      :
                                                                :
                          Defendants.                           :
                                                                :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/15/2022

LEWIS J. LIMAN, United States District Judge:

The Court held an Initial Pretrial Conference in this matter on Monday, June 13, 2022. At the conference, *pro se* Plaintiff indicated that he would like *pro bono* counsel to represent him at any settlement conference before a Magistrate Judge. It is hereby ORDERED that the Clerk of Court shall attempt to locate *pro bono* counsel to represent the individual defendant, Devon Miguel Rivera, at the settlement conference. If the Clerk of Court locates *pro bono* counsel, counsel shall contact the Plaintiff directly and will represent the Plaintiff solely for the purposes of the settlement, with the representation terminating at the conclusion of settlement discussions involving the Magistrate Judge. There is no guarantee, however, that the Clerk of Court will be able to find counsel or that one will decide to take the case, and the Plaintiff should be prepared to proceed with the case *pro se*. If an attorney does offer to take the case, it is entirely Plaintiff's decision whether to retain that attorney or not.

SO ORDERED.

Dated: June 15, 2022
       New York, New York                        _____
                                                      LEWIS J. LIMAN
                                                 United States District Judge