```
UNITED STATES DISTRICT COURT            USDC SDNY
SOUTHERN DISTRICT OF NEW YORK           DOCUMENT
------------------------------------X   ELECTRONICALLY FILED
                                    :   DOC #:
DEVON MIGUEL RIVERA,                :   DATE FILED: 9/29/2022
                                    :
            Plaintiffs,             :
                                    :   20-cv-523 (LJL)
      -v-                           :
                                    :   ORDER
REGAL ENTERTAINMENT GROUP,          :
                                    :
            Defendants.             :
                                    :
------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court has been informed that defendant Regal Entertainment Group has filed for bankruptcy. The action is therefore STAYED, and the defendant is directed to file a update with the Court regarding the status of the bankruptcy proceedings no later than December 23, 2022 and every ninety days thereafter.

SO ORDERED.

Dated: September 29, 2022
       New York, New York
                                        _____
                                                LEWIS J. LIMAN
                                           United States District Judge