```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
DEVON MIGUEL RIVERA,                                           :
                                                               :
                        Plaintiff,                             :
                                                               :       20-cv-523 (LJL)
        -v-                                                    :
                                                               :       ORDER
REGAL ENTERTAINMENT GROUP,                                     :
                                                               :
                        Defendants.                            :
                                                               :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      On September 29, 2022, the Court issued an order staying this action and directing defendant Regal Entertainment Group ("Defendant") to file an update with the Court regarding the status of the bankruptcy proceedings no later than December 23, 2022 and every ninety days thereafter.  Dkt. No. 36.  As of January 2, 2023, Defendant has not filed an update on the status of the bankruptcy proceedings.  Defendant is directed to file a status update by January 6, 2023 and is reminded of its obligations to file status updates on a continuing basis going forward.

      SO ORDERED.

Dated: January 2, 2023
       New York, New York

                                                      LEWIS J. LIMAN
                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/02/2023