```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
DEVON MIGUEL RIVERA,                                                 :
                                                                     :
                            Plaintiffs,                              :
                                                                     :            20-cv-523 (LJL)
            -v-                                                      :
                                                                     :               ORDER
REGAL ENTERTAINMENT GROUP,                                           :
                                                                     :
                            Defendants.                              :
                                                                     :
---------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

On October 4, 2023, the Court directed the parties to provide to the Court a joint status report by October 17, 2023, "including the steps remaining, if any, to conclude the matter." Dkt. No. 43.  The parties have not done so. The parties are reminded of this obligation, and are directed to provide a joint status report by October 24, 2023.

SO ORDERED.

Dated: October 22, 2023
       New York, New York                    _____
                                                        LEWIS J. LIMAN
                                                   United States District Judge