```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                                :
DEVON MIGUEL RIVERA,                                            :
                                                                :
                        Plaintiff,                              :
                                                                :     20-cv-00523 (LJL)
        -v-                                                     :
                                                                :     ORDER
REGAL ENTERTAINMENT GROUP,                                      :
                                                                :
                        Defendant.                              :
                                                                :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2023

LEWIS J. LIMAN, United States District Judge:

Due to Defendant Regal Entertainment Group's bankruptcy proceedings in the Southern District of Texas, the Court stayed this employment discrimination action on September 29, 2022, and directed the parties to update the Court regarding the bankruptcy proceedings every ninety days in status reports. Dkt. No. 36. On October 3, 2023, Defendant informed the Court that its bankruptcy proceedings had concluded on July 31, 2023. Dkt. No. 42. Defendant also informed the Court that Plaintiff Devon Rivera had filed a claim with the bankruptcy court and that it was Defendant's belief that the bankruptcy court would address Plaintiff's claim. *Id.* The Court instructed the parties to file a status update on October 17, 2023 about "the steps remaining, if any, to conclude the matter" pending before it. Dkt. No. 43. The parties did not do so. Accordingly, on October 22, 2023, the Court issued another order reminding the parties of their obligation to file a status report. Dkt. No. 44. On October 24, 2023, Defendant sought an extension until November 27, 2023, to file the status report, Dkt. No. 45, which the Court granted, Dkt. No. 46. The parties have again missed the deadline to update the Court as to the status of the proceedings in the Southern District of Texas. The Court again reminds the parties

of their obligation to file a status update every ninety days and orders the parties to update the Court by January 2, 2024 and every ninety days thereafter.

SO ORDERED.
Date: November 30, 2023

_____
LEWIS J. LIMAN
United States District Judge